Filed 1/3/23  Sheen v. Mirabella Investments Group CA2/8

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION EIGHT

| | |
|---|---|
| KWANG K. SHEEN,<br><br>    Plaintiff and Appellant,<br><br>    v.<br><br>MIRABELLA INVESTMENTS GROUP, LLC,<br><br>    Defendant and Respondent. | B301718<br><br>Los Angeles County<br>Super. Ct. No. BC631510 |

APPEAL from a judgment of the Superior Court of Los Angeles County, Patricia D. Nieto, Judge.  Affirmed.

Los Angeles Center for Community Law and Action, Noah Grynberg, Tyler Anderson, and Gina Hong for Plaintiff and Appellant.

Gupta, Evans & Ayres, Ajay Gupta, Chris S. Evans and Jacob Ayres for Defendant and Respondent.

_____

This is *Sheen IV.*

*Sheen I* was our 2019 ruling that Wells Fargo Bank owed Kwang Sheen no tort duty during contract negotiations. (*Sheen v. Wells Fargo Bank* (2019) 38 Cal.App.5th 346 (*Sheen I*).)

*Sheen II* was *Sheen v. FCI Lender Services, Inc.* (Oct. 30, 2020, B297640) 2020 WL 6375020 [nonpub. opn.] and was against a different defendant in the same home loan lawsuit. The force of *Sheen I*'s logic propelled victory for this different defendant.

*Sheen III* was our Supreme Court's affirmance of *Sheen I* in 2022. (*Sheen v. Wells Fargo Bank, N.A.* (2022) 12 Cal.5th 905 (*Sheen III*).)

*Sheen IV* involves the same plaintiff Sheen, his same lawyer, and their same second amended complaint in the same home loan case, although now the appeal is against a different but similarly situated defendant: Mirabella Investments Group, LLC. (See *Sheen I*, *supra*, 38 Cal.App.5th at pp. 349–350 [describing Mirabella's role].)

Absent a tort duty, Sheen had no case against any of these defendants. *Sheen III* annulled Sheen's theory against them.

## DISPOSITION

We affirm the judgment and award costs to the respondent.


WILEY, J.

We concur:


STRATTON, P. J.          HARUTUNIAN, J.*

---

* Judge of the San Diego Superior Court, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.